UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**ELIEZER SANTANA-BAEZ,**

Petitioner,

Civil No. 06-1237 (JAF)

v.

**PORFIRIO GREEN,**

Respondent.

# ORDER

| MOTION | RULING |
|---|---|
| Docket No. 2<br><br>Petition for Writ of Habeas Corpus under 28 U.S.C. §2254 | Pursuant to Rule 4 of the "Rules Governing Section 2254 Cases in the United States District Courts", Respondents, through the Puerto Rico Department of Justice, shall, within thirty (30) days from the date of this Order, file an answer or otherwise plead in response to the Petition for Writ of Habeas Corpus under 28 U.S.C. §2254 files in the instant case. |

DATE:     May 1, 2006

S/JOSÉ ANTONIO FUSTÉ
Chief United States District Judge